# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANY TEST FRANCHISING, INC.,

    Plaintiff,

v.                                                         CASE NO: 8:10-cv-1047-T-26EAJ

AFFORDABLE LAB TESTS, INC.,
AFFORDABLE LAB TESTS NOW LLC,
BERNARD NOWAKOWSKI, and
ALEXANDRA WEIXLER,

    Defendants.
    _____/

## **O R D E R**

Upon due consideration, the Motion to Set Aside Default as to Defendant Bernard Nowakowski (Dkt. 25), filed within three days of the Clerk's entry of default, is granted because it would be an abuse of discretion not to grant the motion. The Clerk shall accept his answer for filing. The default shall remain, however, as to Defendant Affordable Lab Tests, Inc.

**DONE AND ORDERED** at Tampa, Florida, on June 18, 2010.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record